IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN LABEE                                                                                          PETITIONER
Reg #33179-034

VS.                                        2:17CV00083-BRW

GENE BEASLEY, Warden                                                                RESPONDENT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in their entirety.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. Nos. 1, 2) is DISMISSED with prejudice.

IT IS SO ORDERED, this 1st day of August, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE