IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOHN LABEE**                                                       **PETITIONER**
**Reg #33179-034**

VS.                            **2:17CV00083-BRW**

**GENE BEASLEY, Warden**                                **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, this case is DISMISSED.

IT IS SO ORDERED, this 1st day of August, 2017.


                                          /s/ Billy Roy Wilson _____
                                          UNITED STATES DISTRICT JUDGE